# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-807
_____

K. D., Father of T.D. and L.D.,
Minor Children,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James P. Nilon, Judge.

June 18, 2019

PER CURIAM.

     AFFIRMED.

LEWIS, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David Maldonado, J.D., of The Maldonado Law Firm, P.A., Lakeland, for Appellant.

Thomasina F. Moore and Laura J. Lee of Florida Statewide Guardian ad Litem Office, Tallahassee; Ward L. Metzger, Department of Children and Families, Jacksonville, for Appellee.